Andrew A. White, Appellant, v. Thomas Watts and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Mary Miller, Respondent, v. City of Buffalo and International Railway Company, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss appeal denied. Held, that the defendants did not waive their right to demand a new trial upon appeal to the Supreme Court by their motion for a new trial made in the Municipal Court and there denied. All concurred, except Robson, J., who dissented.

Alonzo R. Clarkson, Respondent, v. John B. Sabine, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Petition of the Turin Cemetery Association, Respondent, v. Mary A. Barnes, Appellant, Impleaded with Clark M. Barnes.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John L. Maher and Others, Respondents, v. Robert E. Jones, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Caroline Schuman, Respondent, v. Peter R. Sleight and Oliver E. Schuman, as Executors, etc., of Charles F. Schuman, Deceased, Appellants.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event, on the ground that the verdict of the jury is contrary to and against the weight of the evidence. All concurred, except Williams, J., who dissented.

Charles W. Bushinger, as Sole Surviving Executor of and Trustee under the Last Will and Testament of Orville B. Northrup, Deceased, Respondent, v. Floy R. Miller, Appellant, Impleaded with Mary Adelle R. Bushinger, as Executrix, etc., of Eduard Bushinger, Deceased, and Others.— Judgment affirmed, with costs to respondent payable out of the estate. All concurred.

James Reese, Appellant, v. Ida M. Beever and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Jennie F. Steele, as Executrix, etc., of R. Frank Steele, Appellant, v. S. H. Gates and Others, Respondents, Impleaded with Michael B. Larkin.— Judgment affirmed, with costs. All concurred, except Williams and Robson, JJ., who dissented.

Elizabeth Whitcher, Appellant, v. The City of Lockport, Respondent.— Judgment and order affirmed, with costs. All concurred.

Adam Elsaesser, Appellant, v. Frank L. Pfennig, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented.